In the Matter of GILBERT R. HAWES.— Application granted.  Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of SAMUEL E. NEUMAN.— Application granted.  Order to be settled on notice.  Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.

In the Matter of MICHAEL J. EGAN.— Motion for commission to take testimony on written interrogatories granted.  Order to be settled on notice.  Present —.Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.

GEORGE M. BEERS, Respondent, v. ROY H. McNAUGHT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ESTHER GURLAND, an Infant, etc., Respondent, v. C. W. L. REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.; Clarke, P. J., dissented.

JACOB WIENER, an Infant, etc., Respondent, v. ISIDOR OLIVER, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM L. OWEN, Appellant.—Judgment affirmed.  No opinion.  Present — Clarke, P. J., McLaughlin, Laughlin, Dowling, and Davis, JJ.

WILLIAM McBRIDE, as Administrator, etc., Respondent, v. HOWES TRANSPORTATION AND CONTRACTING COMPANY, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; Clarke, P. J., dissented upon the ground that the verdict based upon the use of a whip by the driver is against the weight of evidence.

In the Matter of the Application for the Probate of the Last Will and Testament of ELIZABETH CONNELL, Deceased; ELIZABETH CRAIG, Appellant; FARMERS LOAN AND TRUST COMPANY, Respondent.  In the Matter of the Application to Set Aside a Decree Granting Ancillary Letters of Administration, etc.; SADIE RAGAN BARROWS, Appellant: FARMERS LOAN AND TRUST COMPANY, Respondent.— Decree affirmed, with costs to respondents against the appellants.  Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

MARIA A. VIGORITO, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment modified as stated in order and as modified affirmed, with costs to respondent.  Present — Clarke, P. J., McLaughlin, Laughlin, Dowling and Davis, JJ.; McLaughlin, J., dissented and voted for reversal and new trial.